```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                            Case No. 10-08592-JJT
Alfred DeAngelis                                                  Chapter 13
Marian DeAngelis
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5            User: DDunbar            Page 1 of 1            Date Rcvd: Jul 12, 2016
                                Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2016.
db/jdb         +Alfred DeAngelis, jr,   Marian DeAngelis,   234 Jackson Rd,   Shavertown, PA 18708-8010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2016 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    MidFirst Bank ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Carol Weiss Baltimore    on behalf of Joint Debtor Marian  DeAngelis bandicot6@aol.com
              Carol Weiss Baltimore    on behalf of Debtor Alfred  DeAngelis, jr bandicot6@aol.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Edward James Kaushas    on behalf of Creditor   Cross Valley Federal Credit Union
               Ekaushas@kaushaslaw.com
              Joshua I Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Steven K Eisenberg    on behalf of Creditor   Beneficial Consumer Discount Company/HSBC Mortgage
               Corporation seisenberg@sterneisenberg.com,  dbogucki@sterneisenberg.com;ckohn@sterneisenberg.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Alfred DeAngelis jr<br>234 Jackson Rd<br>Shavertown, PA 18708<br><br>Marian DeAngelis<br>234 Jackson Rd<br>Shavertown, PA 18708 | Chapter 13<br>Case No. 5:10−bk−08592−JJT |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−7048
xxx−xx−8534

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 12, 2016

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk